## Richmond

VIRGINIA EMPLOYMENT COMMISSION AND
E & H CORP.

d/b/a LADY "L" BRIDALS

v.

DONNA S. GANTT

No. 0103-87-2

Decided October 31, 1989

COUNSEL

Susan T. Ferguson, Assistant Attorney General (Mary Sue Terry, Attorney General, on brief), for appellant.

Claire E. Curry (Charlottesville-Albermarle Legal Aid Society, on brief), for appellee.

OPINION

### ON REHEARING EN BANC

HODGES, J.—The Virginia Employment Commission appealed from a judgment of the Circuit Court of Albermarle County which reversed the commission's denial of unemployment compensation to Donna S. Gantt. A panel of this court reversed the trial court and affirmed the commission. *Virginia Employment Commission v. Gantt*, 7 Va. App. 631, 376 S.E.2d 808 (1989). On petition, Gantt was granted a rehearing *en banc*.

On rehearing *en banc*, we reviewed the record, considered the briefs, and heard oral argument. We adopt the panel opinion, *id.*, as the opinion of the court *en banc* and do hereby reverse the judgment of trial court and remand this cause for proceedings consistent therewith.

Koontz, C.J., Baker, J., Duff, J., Keenan, J., and Moon, J., concurred.

Coleman, J., joined by Benton, J., dissent for the reasons expressed in his dissenting opinion from the panel decision.